**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON**

**CIVIL ACTION NO. 21-22-DLB-MAS**

**GREGORY RICARDO CHAPA**                                                     **PLAINTIFF**

**v.**           **<u>ORDER ADOPTING REPORT AND RECOMMENDATION</u>**

**KENTON COUNTY
JUDGE EXECUTIVE, et al.**                                             **DEFENDANTS**

\* \*  \* \*  \* \*  \* \*  \* \*  \* \*  \* \*  \* \*

This matter is before the Court upon the January 28, 2022 Report and Recommendation ("R&R") of United States Magistrate Judge Matthew A. Stinnett. (Doc. # 33), wherein he recommends that Plaintiff's Motion to Amend (Doc. # 19) be granted in part to the extent that it seeks to add Jailer Carl individually, and be denied otherwise.

No objections[1] having been filed, and the time to do so having now expired, the R&R is ripe for the Court's consideration. The Court having reviewed the R&R, concluding that it is sound in all respects, and being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

(1) The Magistrate Judge's R&R (Doc. # 33) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

(2) The Defendant's Motion to Amend (Doc. # 19) is hereby **GRANTED IN PART** to the extent set forth in the R&R; and

---

[1] The record reflects that after being returned to the Plaintiff as undeliverable, the R&R was forwarded by the Clerk on February 16, 2022 to the address listed by Mr. Chapa (*See* Doc. # 34).

1

(3)     The Magistrate Judge shall continue overseeing all pretrial proceedings in this case, in accordance with the Court's previous Order.  (Doc. # 16).

This 8th day of March, 2022.



Signed By:
*David L. Bunning*   DB
United States District Judge

K:\DATA\ORDERS\Cov2021\21-22 Order Adopting R&R.docx